FILED

2014 MAY -7 PM 2:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 14- **CR14-0262** |
| Plaintiff, | |
| | I N D I C T M E N T |
| v. | |
| | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344: Bank Fraud; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to Be Done; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(2)(A), 21 U.S.C. § 853(p): Asset Forfeiture] |
| JAE HO CHUNG, aka "Jay Chung," aka "Jae Chung," aka "Steve Chung," aka "Jae Lee," | |
| MICHAEL YEON CHO, aka "Jishun Jin," | |
| ROGER LEE, aka "Yu Young-Sang," aka "Jin Woo Lee," aka "Chang Moo Lee," aka "Alex Yoo," aka "Alex Yi," aka "Alex Lee," aka "Rogan H. Lee," | |
| KUN YOUNG LEE, aka "New York Tony," aka "Han Sang Lee," aka "James Lee," | |
| JEONG GU KIM, aka "L.A. Tony," aka "Hyung Kiu," aka "Sean Chung Kim," | |
| HAK SOO SHIM, aka "Ricky," aka "Ricky Lu," aka "Tom," | |
| RENLING CHAO, aka "Mark Chao," aka "Tyler Houle," | |

MA:ma

IL HWAN JAE,
      aka "FNU Jei,"
      aka "Pusan Seagull,"
ERICK PALAFOX,
JAE KWON AN,
JOONIE YEON CHO,
EUN AH KIM,
      aka "Eun A. Kim,"
      aka "Beini Sun,"
      aka "Jessica,"
HYE RAN LEE,
      aka "Aisha Tai,"
HEE JUNG LEE, and
WOO CHANG LIM,

      Defendants.

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

Defendants

1.    Defendant JAE HO CHUNG, also known as ("aka") "Jay Chung," aka "Jae Chung," aka "Steve Chung," aka "Jae Lee" ("defendant CHUNG"), was a resident of Los Angeles, California, within the Central District of California.

2.    Defendant MICHAEL YEON CHO, aka "Jishun Jin" ("defendant M.Y. CHO"), was a resident of Pacific Palisades, California, within the Central District of California.

3.    Defendant ROGER LEE, aka "Yu Young-Sang," aka "Jin Woo Lee," aka "Chang Moo Lee," aka "Alex Yoo," aka "Alex Yi," aka "Alex Lee," aka "Rogan H. Lee" ("defendant R. LEE"), was a resident of Cerritos, California, within the Central District of California.

4.    Defendant KUN YOUNG LEE, aka "New York Tony," aka "Han Sang Lee," aka "James Lee" ("defendant K.Y. LEE"), was a resident of Los Angeles, California, within the Central District of California.

5.   Defendant JEONG GU KIM, aka "L.A. Tony," aka "Hyung Kiu," aka "Sean Chung Kim" ("defendant J.G. KIM"), was a resident of Los Angeles, California, within the Central District of California.

6.   Defendant HAK SOO SHIM, aka "Ricky," aka "Ricky Lu," aka "Tom" ("defendant SHIM"), was a resident of Newport Beach, California, within the Central District of California.

7.   Defendant RENLING CHAO, aka "Mark Chao," aka "Tyler Houle" ("defendant CHAO"), was a resident of Hacienda Heights, California, within the Central District of California.

8.   Defendant IL HWAN JAE, aka "FIRST NAME UNKNOWN ("FNU") Jei," aka "Pusan Seagull" ("defendant JAE"), was a resident of Los Angeles, California, within the Central District of California.

9.   Defendant ERICK PALAFOX ("defendant "PALAFOX") was a resident of Pacific Palisades, California, within the Central District of California.

10.   Defendant JAE KWON AN ("defendant AN") was a resident of Riverside, California, within the Central District of California.

11.   Defendant JOONIE YEON CHO ("defendant J.Y. CHO") was a resident of Sherman Oaks, California, within the Central District of California.

12.   Defendant EUN AH KIM, aka "Eun A. Kim," aka "Beini Sun," aka "Jessica" ("defendant E.A. KIM"), was a resident of Los Angeles, California, within the Central District of California.

13.   Defendant HYE RAN LEE, aka "Aisha Tai" ("defendant H.R. LEE"), was a resident of Irvine, California, within the Central District of California.

3

14.    Defendant HEE JUNG LEE ("defendant H.J. LEE") was a resident of Riverside, California, within the Central District of California.

15.    Defendant WOO CHANG LIM ("defendant LIM") was a resident of Ventura, California, within the Central District of California.

Victim Financial Institutions

16.    Bank of America, N.A. ("Bank of America") was a federally-chartered financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

17.    JPMorgan Chase Bank ("Chase") was a federally-chartered financial institution, the deposits of which were insured by the FDIC.

18.    U.S. Bank ("U.S. Bank") was a federally-chartered financial institution, the deposits of which were insured by the FDIC.

19.    Wells Fargo Bank ("Wells Fargo") was a federally-chartered financial institution, the deposits of which were insured by the FDIC.

COUNT ONE

[18 U.S.C. § 1349]

A.   OBJECT OF THE CONSPIRACY

20.   Beginning on a date unknown to the Grand Jury, but not later than in or around February 2010, and continuing through at least in or around October 2013, in Los Angeles, Ventura, Orange, and Riverside Counties, within the Central District of California, and elsewhere, defendants CHUNG, M.Y. CHO, R. LEE, K.Y. LEE, J.G. KIM, SHIM, CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A. KIM, H.R. LEE, H.J. LEE, and LIM, and unindicted co-conspirators N.H., C.L.L., M.O.K., Y.L., Y.K., J.M., and J.H.L., together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly devise, execute, and attempt to execute a scheme to defraud victim financial institutions as to material matters, and to obtain money, funds, credits, assets, and other property owned by and in the custody and control of each of those financial institutions by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1349.

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

21.   The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendant CHUNG, and others known and unknown to the Grand Jury, assisted by defendant M.Y. CHO, would serve as "processors" who would fabricate or retain others to fabricate fictitious checks for the purpose of conducting "bustouts." A "bustout" is a fraudulent scheme designed to generate cash or credit

5

1  in which the perpetrators first deposit a fictitious check that

2  appears in all respects to be genuinely drawn on a real account into

3  a checking or credit card account at a financial institution.

4  Immediately thereafter, the perpetrators withdraw funds from the

5  account into which the fictitious check was deposited.  Once the

6  fraudulent nature of the fictitious check is discovered and the check

7  is dishonored by the financial institution, the account has been

8  "busted."

9          b.    Defendants R. LEE, K.Y. LEE, J.G. KIM, and SHIM, and

10  others known and unknown to the Grand Jury, would act as "brokers"

11  who would obtain fictitious checks from processors and would solicit

12  "customers," namely, individuals who held accounts in good standing

13  who would lend their accounts to be busted-out in exchange for a fee.

14  Brokers would find customers by placing advertisements in Korean

15  language newspapers, including "The Korea Times" and "Joong Ang Ilbo"

16  (the "Korean Daily"), whose classified advertisement sections are

17  distributed across the United States in communities with large

18  concentrations of Korean-speaking individuals, including in

19  California, New York, New Jersey, Maryland, Virginia, Georgia, and

20  Texas.  Brokers would also find and coordinate the work of "runners"

21  or "washers."

22          c.    Defendants CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A. KIM,

23  H.R. LEE, H.J. LEE, and LIM, and unindicted co-conspirators N.H. and

24  C.L.L., together with others known and unknown to the Grand Jury,

25  would serve as "runners" or "washers" who would, at the direction of

26  brokers, deposit fictitious checks into, and then withdraw funds

27  from, the accounts to be busted-out.  Runners or washers would also

28  purchase goods, services, and gift cards that were the equivalent of

1   cash, with the proceeds from bustouts and by incurring charges

2   against credit card accounts that were busted-out.

3             d.   Unindicted co-conspirators M.O.K., Y.L., Y.K., J.M.,

4   and J.H.L., and others known and unknown to the Grand Jury, would

5   serve as complicit customers with accounts in good standing who would

6   allow the runners and washers to deposit fictitious checks for credit

7   to their accounts, make withdrawals from those accounts, and/or make

8   charges against their accounts in exchange for a fee.

9             e.   Defendant CHUNG would retain legal counsel on behalf

10  of complicit customers against whom victim financial institutions had

11  made claims to collect lost funds sustained from bustouts, and

12  defendant CHUNG would attempt to settle such claims in order to avoid

13  detection of the scheme by law enforcement.

14  C.   OVERT ACTS

15        22.   In furtherance of the conspiracy, and to accomplish its

16  object, defendants CHUNG, M.Y. CHO, R. LEE, K.Y. LEE, J.G. KIM, SHIM,

17  CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A. KIM, H.R. LEE, H.J. LEE, and

18  LIM, and unindicted co-conspirators N.H., C.L.L., M.O.K., Y.L., Y.K.

19  and J.H.L., together with others known and unknown to the Grand Jury,

20  committed and willfully caused others to commit the following overt

21  acts, among others, within the Central District of California, and

22  elsewhere:

23  Overt Act No. 1:   On or about May 1, 2010, defendant R. LEE

24  caused an advertisement to run in the Korean Daily in Los Angeles,

25  California, to solicit customers for bustouts.

26  Overt Act No. 2:   On or about March 31, 2011, defendants R.

27  LEE and SHIM met at a truck stop in the city of El Monte, California,

28  where defendant SHIM gave defendant R. LEE approximately $8,000 to

1  $9,000 in cash proceeds from a bustout.

2       Overt Act No. 3:    On or about March 31, 2011, defendant R. LEE

3  called defendant JAE to arrange a meeting at the Rotex Hotel in Los

4  Angeles, California, to discuss the use of runners to conduct

5  bustouts.

6       Overt Act No. 4:    On or about April 1, 2011, defendants R. LEE

7  and SHIM met at a truck stop in the city of El Monte, California,

8  where defendant SHIM gave defendant R. LEE approximately $8,000 to

9  $9,000 in cash proceeds from a bustout.

10       Overt Act No. 5:    On or about April 2, 2011, defendant R. LEE

11  directed an individual, whom defendant R. LEE believed to be a co-

12  conspirator but who was, in fact, a law enforcement informant

13  ("CS1"), to deposit approximately $3,600 in cash proceeds from a

14  bustout into a Chase account ending in 8244 in the name of Meritz

15  Corporation, an entity owned and controlled by defendant R. LEE.

16       Overt Act No. 6:    On or about April 11, 2011, defendant R. LEE

17  met with CS1 in Cerritos, California, to discuss, among other things,

18  placing ads in Korean-language newspapers to solicit bustout

19  customers and to discuss the logistics of conducting bustouts,

20  including that fictitious checks should be deposited into bustout

21  accounts at bank branches in one county, followed by withdrawals

22  against those bustout accounts at bank branches in a different

23  county.

24       Overt Act No. 7:    On or about April 12, 2011, defendants R.

25  LEE and SHIM met in Los Angeles, California, to discuss procuring

26  fictitious checks for bustouts and running an advertisement in a

27  Korean-language newspaper to solicit bustout customers.

28

1        Overt Act No. 8:   On or about April 25, 2011, defendants

2  CHUNG, M.Y. CHO, R. LEE, and JAE met at the Rotex Hotel in Los

3  Angeles, California, to discuss, among other things, paying legal

4  fees for complicit customers who were arrested for participating in

5  bustouts, and the payment to a complicit customer in Virginia to whom

6  defendant SHIM had failed to pay a commission for participating in a

7  bustout.

8        Overt Act No. 9:   On or about April 25, 2011, in Los Angeles,

9  California, defendant R. LEE and CS1 discussed, among other things,

10  how to make money from out-of-state bustouts, that defendant M.Y. CHO

11  created fictitious checks for bustouts, and that defendant CHUNG used

12  a printing shop to create fictitious checks for bustouts.

13        Overt Act No. 10:   On or about May 5, 2011, defendant R. LEE

14  caused an advertisement to run in the Korea Times newspaper that

15  stated in part (as translated from Korean to English):

16       Same day cash/No interest
          100% guaranteed!!
17       Same day cash/Major bank
          Sizeable sum of money can be made prior to return to Korea
18       Hyundai Funding (866) 537-7558
          Please ask for Yu Young-sang
19

20       Overt Act No. 11:   On or about May 14, 2011, defendant R. LEE

21  told CS1 that they (defendant R. LEE and CS1) would be meeting with

22  two bustout customers who had responded to defendant R. LEE's

23  advertisement that had run in the Korea Times newspaper.

24       Overt Act No. 12:   On or about May 18, 2011, defendant R. LEE,

25  CS1, and unindicted co-conspirators Y.L. and Y.K. met in Los Angeles,

26  California, and Y.L. and Y.K. agreed to participate in a bustout by

27  giving defendant R. LEE blank checks and their personal banking

28  information for accounts to be busted-out.

1     Overt Act No. 13:   On or about May 23, 2011, defendant R. LEE,
2   CS1, and unindicted co-conspirator Y.K. met in Los Angeles,
3   California, and Y.K. agreed to serve as a runner for bustouts in
4   exchange for a fee.

5     Overt Act No. 14:   On or about May 23, 2011, defendants CHUNG,
6   M.Y. CHO, R. LEE, J.G. KIM, and PALAFOX, and CS1 met in Los Angeles,
7   California, to discuss, among other things, previous bustouts
8   utilizing accounts at Wells Fargo and Citibank, the use of "washers,"
9   and how to divide up the proceeds of bustouts among the scheme's
10   participants.

11    Overt Act No. 15:   On or about August 25, 2011, defendants
12   CHUNG, M.Y. CHO, J.G. KIM, and J.Y. CHO met CS1 at the Arado
13   restaurant in Los Angeles, California, to discuss how bustout
14   proceeds were to be allocated among the scheme's participants and how
15   defendant CHUNG laundered bustout proceeds through casinos in Las
16   Vegas, Nevada.

17    Overt Act No. 16:   On or about December 20, 2011, defendants
18   CHUNG, M.Y. CHO, K.Y. LEE, J.G. KIM, and PALAFOX met CS1 at the Arado
19   restaurant in Los Angeles, California to plan bustouts.

20    Overt Act No. 17:   On or about January 31, 2012, defendant M.Y.
21   CHO and CS1 met at the Book Café in Los Angeles, California, to
22   discuss, among other things, profits from bustouts, a "build-up"
23   program to allow defendant M.Y. CHO and others to bustout as much as
24   $100,000 from each victim bank through the use of shell corporations,
25   and targeting "Asians," particularly "Koreans" or "Vietnamese,"
26   because, unlike other ethnic groups, Asians were unlikely to reveal
27   their involvement in bustouts for fear of being shamed.

28

Mattress City Chase Account Bustout

Overt Act No. 18:   On or about December 20, 2010, defendant JAE presented approximately $5,020 in cash for deposit into the Chase account in the name of M.O.K., dba Mattress City, ending in 9465 (the "Mattress City Chase Account"), at a Chase branch in Beverly Hills, California.

Overt Act No. 19:   On or about December 28, 2010, defendant JAE presented fictitious check number 573325, in the amount of approximately $4,829, purportedly drawn on a Regions Bank account in the name of Gold Image Design and Printing Co., for deposit into the Mattress City Chase Account, at a Chase branch located at 24268 El Toro Road, in Laguna Hills, California.

Overt Act No. 20:   On or about December 28, 2010, defendant JAE presented fictitious check number 28571, in the amount of approximately $4,717, purportedly drawn on a Bank of Marin account in the name of Mission Distribution Center, for deposit into the Mattress City Chase Account, at a Chase branch located in Laguna Hills, California.

Overt Act No. 21:   On or about December 28, 2010, an unknown co-conspirator presented fictitious check number 28578, in the amount of approximately $4,843, purportedly drawn on a Bank of Marin account in the name of Mission Distribution Center, for deposit into the Mattress City Chase Account, at a Chase branch located in Newport Beach, California.

Overt Act No. 22:   On or about December 29, 2010, defendant PALAFOX cashed check number 1130, made payable to defendant PALAFOX in the amount of approximately $2,410, drawn on the Mattress City Chase Account, at a Chase branch located in Calabasas, California.

1    Overt Act No. 23:   On or about December 29, 2010, unindicted

2  co-conspirator N.H. cashed check number 1134, in the amount of

3  approximately $2,400, drawn on the Mattress City Chase Account, at a

4  Chase branch located in Agoura Hills, California.

5    Overt Act No. 24:   On or about December 29, 2010, defendant JAE

6  attempted to negotiate a check drawn on the Mattress City Chase

7  Account, at a Chase branch located in Westlake Village, California.

8    Overt Act No. 25:   On or about December 29, 2010, unindicted

9  co-conspirator C.L.L. cashed check number 1131, in the amount of

10  approximately $2,400, drawn on the Mattress City Chase Account, at a

11  Chase branch located in Thousand Oaks, California.

12    Overt Act No. 26:   On or about December 29, 2010, defendant

13  M.Y. CHO cashed check number 1133, made payable to defendant M.Y. CHO

14  in the amount of approximately $2,440, drawn on the Mattress City

15  Chase Account, at a Chase branch located in Thousand Oaks,

16  California.

17    Overt Act No. 27:   On or about December 29, 2010, defendant

18  M.Y. CHO attempted to cash check number 1129, in the amount of

19  approximately $2,300, drawn on the Mattress City Chase Account, at a

20  Chase branch located in Newbury Park, California.

21    MGM Asset U.S. Bank Account Bustout

22    Overt Act No. 28:   On or about June 10, 2011, unindicted co-

23  conspirator J.H.L. presented check number 1129, in the amount of

24  approximately $2,890, drawn on a Pacific City Bank account in the

25  name of JPY777, Inc., for deposit into the U.S. Bank account in the

26  name of MGM Asset Inc., ending in 9205 (the "MGM Asset U.S. Bank

27  Account"), at a U.S. Bank branch located in Los Angeles, California.

28

1    Overt Act No. 29:   On or about June 15, 2011, defendant J.Y.
2    CHO presented fictitious check number 422883, in the amount of
3    approximately $2,879, purportedly drawn on a Bank of Marin account in
4    the name of Kenmore Commercial Distribution Company, for deposit into
5    the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in
6    North Hollywood, California.

7    Overt Act No. 30:   On or about June 15, 2011, defendant J.Y.
8    CHO presented fictitious check number 11587, in the amount of
9    approximately $4,955, purportedly drawn on a Wilshire State Bank
10   account in the name of Crownview Express Transport Co., for deposit
11   into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located
12   in Sherman Oaks, California.

13   Overt Act No. 31:   On or about June 15, 2011, defendant J.Y.
14   CHO presented fictitious check number 11584, in the amount of
15   approximately $6,815, purportedly drawn on a Wilshire State Bank
16   account in the name of Crownview Express Transport Co., for deposit
17   into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located
18   in Sherman Oaks, California.

19   Overt Act No. 32:   On or about June 16, 2011, defendant J.Y.
20   CHO presented fictitious check number 5294, in the amount of
21   approximately $6,925, purportedly drawn on a Hanmi Bank account in
22   the name of Streamline Leasing Services, for deposit into the MGM
23   Asset U.S. Bank Account, at a U.S. Bank branch located in Los
24   Alamitos, California.

25   Overt Act No. 33:   On or about June 16, 2011, defendant J.Y.
26   CHO presented fictitious check number 4142, in the amount of
27   approximately $8,897, purportedly drawn on a Wilshire State Bank
28   account in the name of Calterra Wholesale Distribution Agency, for

deposit into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in Los Alamitos, California.

Overt Act No. 34:   On or about June 16, 2011, defendant J.Y. CHO presented fictitious check number 4144, in the amount of approximately $11,950, purportedly drawn on a Wilshire State Bank account in the name of Calterra Wholesale Distribution Agency, for deposit into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in Garden Grove, California.

Overt Act No. 35:   On or about June 16, 2011, unindicted co-conspirator J.H.L. purchased U.S. Bank cashier's check number ending in 1560, made payable to "Han Sang Lee" in the amount of approximately $9,800, from a U.S. Bank branch located in Woodland Hills, California, with funds withdrawn from the MGM Asset U.S. Bank Account.

Overt Act No. 36:   On or about June 16, 2011, defendant K.Y. LEE cashed check number 1007, made payable to defendant K.Y. LEE in the amount of approximately $1,815, drawn on the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in Hacienda Heights, California.

Overt Act No. 37:   On or about June 17, 2011, defendant J.Y. CHO presented fictitious check number 5008, in the amount of approximately $9,868, purportedly drawn on a Cathay Bank account in the name of Pacific City Wholesale and Trading, for deposit into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in La Habra, California.

Overt Act No. 38:   On or about June 17, 2011, defendant J.Y. CHO presented fictitious check number 22748, in the amount of approximately $9,564, purportedly drawn on a Center Bank account in

the name of Primeway International Logistics Co., for deposit into the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in Fullerton, California.

Overt Act No. 39:   On or about June 17, 2011, defendant K.Y. LEE presented personal identification, in the form of a Colorado driver's license in the name of "Han Sang Lee," in connection with cashing U.S. Bank cashier's check number ending in 1560, made payable to "Han Sang Lee" in the amount of approximately $9,800, at a U.S. Bank branch located in Los Angeles, California.

Overt Act No. 40:   On or about October 3, 2011, defendants CHUNG, M.Y. CHO, and R. LEE, together with CS1, met with attorney G.T. in Los Angeles, California, to discuss how to satisfy a written demand in the amount of approximately $58,115.77, made on or about August 1, 2011, by U.S. Bank against unindicted co-conspirator J.H.L. for, among other things, depositing fictitious checks into the MGM Asset U.S. Bank Account.

J.W.L. Chase Card Account Bustout

Overt Act No. 41:   On or about October 27, 2011, defendant CHAO presented fictitious check number 1424, in the amount of approximately $2,300, purportedly drawn on a Woori America Bank account ending in 1673 in the name of Select Asia Imports Exchange, for credit to the Chase Freedom Card account in the name of J.W.L., ending in 9065 (the "J.W.L. Chase Card Account"), at a Chase branch located in Los Alamitos, California.

Overt Act No. 42:   On or about October 29, 2011, an unknown co-conspirator purchased an airline ticket ending in number 1075, in the name of passenger E.N., for an October 30, 2011 flight on US Airways from Los Angeles, California, to Philadelphia, Pennsylvania, charged

15

1  against the J.W.L. Chase Card Account.

2      Overt Act No. 43:   On or about October 31, 2011, defendant M.Y.

3  CHO presented fictitious check number 2622, in the amount of

4  approximately $2,500, purportedly drawn on a Shinhan Bank account in

5  the name of Sallie Fashion Brands Unlimited, for credit to the J.W.L.

6  Chase Card Account, at a Chase branch located in Los Angeles,

7  California.

8      Overt Act No. 44:   On or about November 3, 2011, defendant CHAO

9  presented fictitious check number 21539, in the amount of

10  approximately $1,900, purportedly drawn on a Shinhan Bank account in

11  the name of New Pacific Leasing Company, for credit to the J.W.L.

12  Chase Card Account, at a Chase branch located in Los Angeles,

13  California.

14      Overt Act No. 45:   On or about November 4, 2011, defendant E.A.

15  KIM presented fictitious check number 4412, in the amount of

16  approximately $2,700, purportedly drawn on a Pacific City Bank

17  account in the name of Smart Printing & Supply Company, for credit to

18  the J.W.L. Chase Card Account, at a Chase branch located in Los

19  Angeles, California.

20      Overt Act No. 46:   On or about November 5, 2011, at

21  approximately 7:50 p.m. (PDT), defendant CHUNG called Chase and gave

22  incorrect account access information in an attempt to discuss

23  activity regarding the J.W.L. Chase Card Account.

24      Overt Act No. 47:   On or about November 5, 2011, at

25  approximately 7:55 p.m. (PDT), defendant CHUNG called Chase, gave

26  correct account access information, and discussed account activity

27  regarding the J.W.L. Chase Card Account.

28

Overt Act No. 48:   On or about November 8, 2011, an unknown co-conspirator directed a telephonic transfer of approximately $3,000 from a fictitious account at Woori America Bank ending in 5337 to the J.W.L. Chase Card Account.

XGolf Wells Fargo Account Bustout

Overt Act No. 49:   On or about July 2, 2011, defendant K.Y. LEE caused an advertisement to be placed in the Korean Daily newspaper that stated (as translated from Korean to English):

    $ Money $ Solution $
    Bank Account 6 month up to $100,000
    Maxed Out Credit Card, Line of Credit, 2nd, 3rd
    Foreign Student, Leaving U.S. Permanently are welcome for
    consultation
    % Provide the max amount of cash for your current financial
    situation
    Speed Financing (xxx) xxx-9927

Overt Act No. 50:   On or about March 14, 2012, defendant E.A. KIM presented fictitious check number 21066, in the amount of approximately $4,758, purportedly drawn on a Pacific City Bank account in the name of Superior Grand Transport Co., for deposit into the Wells Fargo account in the name of XGolf Center US Inc., ending in 7832 (the "XGolf Wells Fargo Account), at a Wells Fargo branch located in Berkeley, California.

Overt Act No. 51:   On or about March 14, 2012, defendant E.A. KIM presented fictitious check number 47571, in the amount of approximately $6,858, purportedly drawn on a Charles Schwab account in the name of YJG Distribution Enterprises, for deposit into the XGolf Wells Fargo Account, at a Wells Fargo branch located in El Cerrito, California.

Overt Act No. 52:   On or about March 14, 2012, defendant E.A. KIM presented fictitious check number 47564, in the amount of

approximately $9,819, purportedly drawn on a Charles Schwab account in the name of YJG Distribution Enterprises, for deposit into the XGolf Wells Fargo Account, at a Wells Fargo branch located in Pinole, California.

Overt Act No. 53:   On or about March 15, 2012, defendant E.A. KIM presented fictitious check number 21071, in the amount of approximately $8,965, purportedly drawn on a Pacific City Bank account in the name of Superior Grand Transport Co., for deposit into the XGolf Wells Fargo Account, at a Wells Fargo branch located in Hercules, California.

Overt Act No. 54:   On or about March 15, 2012, defendant E.A. KIM presented fictitious check number 21069, in the amount of approximately $9,158, purportedly drawn on a Pacific City Bank account in the name of Superior Grand Transport Co., for deposit into the XGolf Wells Fargo Account, at a Wells Fargo branch located in Vallejo, California.

Overt Act No. 55:   On or about March 15, 2012, defendant E.A. KIM presented fictitious check number 47580, in the amount of approximately $9,432, purportedly drawn on a Charles Schwab account in the name of YJG Distribution Enterprises, for deposit into the XGolf Wells Fargo Account, at a Wells Fargo branch located in Vallejo, California.

Overt Act No. 56:   On or about March 15, 2012, at a Wells Fargo branch located in Brea, California, unindicted co-conspirator J.M. withdrew approximately $17,970 in cash from the XGolf Wells Fargo Account, and purchased a bank check, ending in number 800121, made payable to defendant K.Y. LEE in the amount of approximately $8,775, and a bank check, ending in number 800122, made payable to unindicted

1   co-conspirator J.A.S. in the amount of approximately $9,175.

2   Overt Act No. 57:   On or about March 16, 2012, defendant E.A.

3   KIM presented fictitious check number 2012, in the amount of

4   approximately $8,875, purportedly drawn on a Pacific City Bank

5   account in the name of Hoover Maintenance Company, for deposit into

6   the XGolf Wells Fargo Account, at a Wells Fargo branch located in San

7   Leandro, California.

8   Overt Act No. 58:   On or about March 16, 2012, defendant E.A.

9   KIM presented fictitious check number 47561, in the amount of

10  approximately $9,658, purportedly drawn on a Charles Schwab account

11  in the name of YJG Distribution Enterprises, for deposit into the

12  XGolf Wells Fargo Account, at a Wells Fargo branch located in

13  Hayward, California.

14  Overt Act No. 59:   On or about March 16, 2012, defendant E.A.

15  KIM presented fictitious check number 47576, in the amount of

16  approximately $9,843, purportedly drawn on a Charles Schwab account

17  in the name of YJG Distribution Enterprises, for deposit into the

18  XGolf Wells Fargo Account, at a Wells Fargo branch located in

19  Fremont, California.

20  Overt Act No. 60:   On or about March 16, 2012, defendant E.A.

21  KIM presented fictitious check number 102, in the amount of

22  approximately $9,765, purportedly drawn on a Nara Bank account in the

23  name of Swiss Way Ventures, for deposit into the XGolf Wells Fargo

24  Account, at a Wells Fargo branch located in Fremont, California.

25  Overt Act No. 61:   On or about March 16, 2012, defendant E.A.

26  KIM presented fictitious check number 47585, in the amount of

27  approximately $9,885, purportedly drawn on a Charles Schwab account

28  in the name of YJG Distribution Enterprises, for deposit into the

1  XGolf Wells Fargo Account, at a Wells Fargo branch located in San
2  Jose, California.

3      <u>Overt Act No. 62:</u>   On or about March 16, 2012, at a Wells Fargo
4  branch located in Riverside, California, an unknown co-conspirator
5  withdrew approximately $13,210 in cash from the XGolf Wells Fargo
6  Account, and purchased a bank check, ending in number 0154, made
7  payable to "T.P." in the amount of approximately $13,200, to pay the
8  rent for the residence of defendant CHUNG.

9      <u>Overt Act No. 63:</u>   On or about March 16, 2012, at a Wells Fargo
10 branch located in Los Angeles, California, defendant K.Y. LEE
11 presented his California driver's license, ending in 4797, to cash a
12 Wells Fargo bank check, ending in number 800121, in the amount of
13 approximately $8,775, that had been purchased with funds withdrawn
14 from the XGolf Wells Fargo Account.

15     <u>Overt Act No. 64:</u>   On or about March 17, 2012, at a Wells Fargo
16 branch located in Irvine, California, unindicted co-conspirator J.M.
17 withdrew approximately $18,120 in cash from the XGolf Wells Fargo
18 Account, and purchased a bank check, ending in number 600120, made
19 payable to defendant K.Y. LEE in the amount of approximately $9,150,
20 and a bank check, ending in number 600121, made payable to unindicted
21 co-conspirator J.A.S. in the amount of approximately $8,970.

22     <u>Overt Act No. 65:</u>   On or about March 20, 2012, at a Wells Fargo
23 branch located in Los Angeles, California, defendant K.Y. LEE
24 presented his California driver's license, ending in 4797, to cash a
25 Wells Fargo bank check, ending in number 600121, made payable to
26 defendant K.Y. LEE in the amount of approximately $9,150, that had
27 been purchased with funds withdrawn from the XGolf Wells Fargo
28 Account.

Sistas Fashion Bank of America Account Bustout

Overt Act No. 66:   On or about July 11, 2012, defendant E.A.
KIM presented fictitious check number 244176, in the amount of
approximately $8,716, purportedly drawn on a Morgan Stanley Smith
Barney account in the name of Quantum Fund Commercial LLP, for
deposit into the Bank of America account in the name of Sistas
Fashion Inc., DBA CECE Fashion USA Brands, ending in 5817 (the
"Sistas Fashion Bank of America Account"), at a Bank of America
branch located in Dana Point, California.

Overt Act No. 67:   On or about July 11, 2012, defendant E.A.
KIM presented fictitious check number 400641, in the amount of
approximately $8,967, purportedly drawn on a Morgan Stanley Smith
Barney account in the name of Aegis Equities Management LLP, for
deposit into the Sistas Fashion Bank of America Account, at a Bank of
America branch located in Dana Point, California.

Overt Act No. 68:   On or about July 11, 2012, defendant E.A.
KIM presented fictitious check number 25283, in the amount of
approximately $9,062, purportedly drawn on a Charles Schwab account
in the name of Lion Crest Originals, Inc., for deposit into the
Sistas Fashion Bank of America Account, at a Bank of America branch
located in San Clemente, California.

Overt Act No. 69:   On or about July 12, 2012, defendant CHAO
presented fictitious check number 24433, in the amount of
approximately $9,277, purportedly drawn on a First National Bank of
Omaha account in the name of Creative Pattern Works Inc., for deposit
into the Sistas Fashion Bank of America Account, at a Bank of America
branch located in Laguna Hills, California.

1    Overt Act No. 70:   On or about July 12, 2012, defendant CHAO
2  presented fictitious check number 100471, in the amount of
3  approximately $9,439, purportedly drawn on a Northern Trust Bank
4  account in the name of Lambert Shoemaker Commercial LLC, for deposit
5  into the Sistas Fashion Bank of America Account, at a Bank of America
6  branch located in Aliso Viejo, California.

7    Overt Act No. 71:   On or about July 12, 2012, an unidentified
8  co-conspirator presented fictitious check number 21132, in the amount
9  of approximately $9,798, purportedly drawn on a First National Bank
10  of Omaha account in the name of Manchester Global Managers LLP, for
11  deposit into the Sistas Fashion Bank of America Account, at a Bank of
12  America branch located in Laguna Hills, California.

13    Overt Act No. 72:   On or about July 13, 2012, defendant CHAO
14  presented fictitious check number 24436, in the amount of
15  approximately $9,371, purportedly drawn on a First National Bank of
16  Omaha account in the name of Creative Pattern Works Inc., for deposit
17  into the Sistas Fashion Bank of America Account, at a Bank of America
18  branch located in Miramar, California.

19    Overt Act No. 73:   On or about July 13, 2012, defendant E.A.
20  KIM presented fictitious check number 141126, in the amount of
21  approximately $9,371, purportedly drawn on a Morgan Stanley Smith
22  Barney account in the name of Singh Research LLP, for deposit into
23  the Sistas Fashion Bank of America Account, at a Bank of America
24  branch located in New Canaan, Connecticut.

25    Overt Act No. 74:   On or about July 13, 2012, defendant CHAO
26  presented fictitious check number 100485, in the amount of
27  approximately $9,445, purportedly drawn on a Northern Trust Bank
28  account in the name of Lambert Shoemaker Commercial LLC, for deposit

22

1  into the Sistas Fashion Bank of America Account, at a Bank of America

2  located in Scripps-Poway, California.

3       Overt Act No. 75:   On or about July 13, 2012, defendant CHAO

4  presented fictitious check number 21138, in the amount of

5  approximately $9,685, purportedly drawn on a First National Bank of

6  Omaha account in the name of Manchester Global Managers LLP, for

7  deposit into the Sistas Fashion Bank of America Account, at a Bank of

8  America branch located in Poway, California.

9       Overt Act No. 76:   On or about July 13, 2012, defendants CHUNG

10  and H.J. LEE withdrew approximately $5,000 in cash from the Sistas

11  Fashion Bank of America Account, at a Bank of America branch located

12  in Palm Desert, California.

13      Overt Act No. 77:   On or about July 13, 2012, defendants M.Y.

14  CHO and H.J. LEE withdrew approximately $29,617 in cash from the

15  Sistas Fashion Bank of America Account to fund the purchase of three

16  cashier's checks, in the amounts of approximately $9,700, $19,800,

17  and $97, respectively, at a Bank of America branch located in Palm

18  Springs, California.

19      Overt Act No. 78:   On or about July 13, 2012, defendant CHAO

20  caused a charge against the Sistas Fashion Bank of America Account,

21  in the amount of approximately $1,704, to purchase round-trip airfare

22  to Korea on Korean Air.

23      Overt Act No. 79:   On or about July 13, 2012, at a Bank of

24  America branch located in Palm Desert, California, defendants M.Y.

25  CHO and H.J. LEE withdrew approximately $19,570 in cash from the

26  Sistas Fashion Bank of America Account to fund the purchase of a

27  cashier's check, made payable to defendant J.G. KIM in the amount of

28  approximately $9,700, and a cashier's check, made payable to

1    defendant AN in the amount of approximately $9,850.

2         Aquis Trade Bank of America Account Bustout

3         Overt Act No. 80:   On or about July 18, 2012, defendant E.A.

4    KIM presented fictitious check number 27113, in the amount of

5    approximately $4,891, purportedly drawn on a Northern Trust Bank

6    account in the name of Biobeauty Products Co., Inc., for deposit into

7    the Bank of America account in the name of Aquis Trade America LLC,

8    dba Maywood Wholesale Company, ending in 3048 (the "Aquis Trade Bank

9    of America Account"), at a Bank of America branch located in

10   Calimesa, California.

11        Overt Act No. 81:   On or about July 19, 2012, defendant E.A.

12   KIM presented fictitious check number 27118, in the amount of

13   approximately $7,862, purportedly drawn on a Northern Trust Bank

14   account in the name of Biobeauty Products Co., Inc., for deposit into

15   the Aquis Trade Bank of America Account, at a Bank of America branch

16   located in Irvine, California.

17        Overt Act No. 82:   On or about July 19, 2012, at a Bank of

18   America branch located in Irvine, California, defendants M.Y. CHO and

19   LIM purchased two cashier's checks -- a $9,500 check made payable to

20   defendant E.A. KIM and a $9,700 check made payable to defendant AN --

21   drawn against the Aquis Trade Bank of America Account.

22        Overt Act No. 83:   On or about July 20, 2012, defendant CHAO

23   presented fictitious check number 31264, in the amount of

24   approximately $8,739, purportedly drawn on a First National Bank of

25   Omaha account in the name of KM Logistics Corp., for deposit into the

26   Aquis Trade Bank of America Account, at a Bank of America branch

27   located in Monrovia, California.

28

1    Overt Act No. 84:   On or about July 20, 2012, defendant CHAO
2    presented fictitious check number 43144, in the amount of
3    approximately $8,916, purportedly drawn on a Swift Financial Services
4    account in the name of Quest Strategies LLC, for deposit into the
5    Aquis Trade Bank of America Account, at a Bank of America branch
6    located in Arcadia, California.

7         Merano Capital Bank of America Account Bustout

8         Overt Act No. 85:   On or about December 5, 2012, an unknown co-
9    conspirator presented fictitious check number 11044, in the amount of
10   approximately $6,948, purportedly drawn on a First National Bank of
11   Omaha account in the name of LoveBeat Originals LLC, for deposit into
12   the Bank of America account in the name of Merano Capital Holding
13   Corporation, dba Esapperel Trading Group, ending in 1342 (the "Merano
14   Capital Bank of America Account"), at a Bank of America branch
15   located in Norco, California.

16        Overt Act No. 86:   On or about December 5, 2012, an unknown co-
17   conspirator presented fictitious check number 10223, in the amount of
18   approximately $6,764, purportedly drawn on a Northern Trust Bank
19   account in the name of 479 Mason Operations Partnership, LTD, for
20   deposit into the Merano Capital Bank of America Account, at Bank of
21   America branch located in Corona, California.

22        Overt Act No. 87:   On or about December 5, 2012, defendant AN
23   presented fictitious check number 10224, in the amount of
24   approximately $7,381, purportedly drawn on a Northern Trust Bank
25   account in the name of 479 Mason Operations Partnership, LTD, for
26   deposit into the Merano Capital Bank of America Account, at a Bank of
27   America branch located in Mira Loma, California.

28

1    Overt Act No. 88:    On or about December 6, 2012, defendant AN

2    presented fictitious check number 11048, in the amount of

3    approximately $9,233, purportedly drawn on a First National Bank of

4    Omaha account in the name of LoveBeat Originals LLC, for deposit into

5    the Merano Capital Bank of America Account, at a Bank of America

6    branch located in Riverside, California.

7    Overt Act No. 89:    On or about December 6, 2012, defendant AN

8    presented fictitious check number 110226, in the amount of

9    approximately $8,924, purportedly drawn on a Northern Trust Bank

10   account in the name of 479 Mason Operations Partnership, LTD, for

11   deposit into the Merano Capital Bank of America Account, at a Bank of

12   America branch located in Riverside, California.

13   Overt Act No. 90:    On or about December 6, 2012, defendant AN

14   presented fictitious check number 11046, in the amount of

15   approximately $8,751, purportedly drawn on a First National Bank of

16   Omaha account in the name of LoveBeat Originals LLC, for deposit into

17   the Merano Capital Bank of America Account, at a Bank of America

18   branch located in Riverside, California.

19   Overt Act No. 91:    On or about December 6, 2012, defendant M.Y.

20   CHO and an unindicted co-conspirator withdrew approximately $9,800 in

21   cash from the Merano Capital Bank of America Account, at a Bank of

22   America branch located in Irvine, California.

23   Overt Act No. 92:    On or about December 6, 2012, defendant M.Y.

24   CHO and an unindicted co-conspirator withdrew approximately $9,760 in

25   cash from the Merano Capital Bank of America Account, to fund the

26   purchase of a cashier's check, ending in number 730682, made payable

27   to J.S. in the amount of approximately $9,750, at a Bank of America

28   branch located in Irvine, California.

Overt Act No. 93:   On or about December 7, 2012, defendant CHAO presented fictitious check number 41225, in the amount of approximately $9,149, purportedly drawn on a BBVA Compass Bank account in the name of KRX Management, LLC, for deposit into the Merano Capital Bank of America Account, at a Bank of America branch located in Orange, California.

Overt Act No. 94:   On or about December 7, 2012, defendant CHAO presented fictitious check number 3112, in the amount of approximately $8,839, purportedly drawn on a Pacific City Bank account in the name of SMS First Distribution Corp., for deposit into the Merano Capital Bank of America Account, at a Bank of America branch located in Orange, California.

Overt Act No. 95:   On or about December 7, 2012, defendant CHAO presented fictitious check number 41223, in the amount of approximately $8,634, purportedly drawn on a BBVA Compass Bank account in the name of KRX Management, LLC, for deposit into the Merano Capital Bank of America Account, at a Bank of America branch located in Tustin, California.

Overt Act No. 96:   On or about December 7, 2012, defendant AN cashed check number 1620, in the amount of approximately $2,480, drawn on the Merano Capital Bank of America Account, at a Bank of America branch located in Boynton Beach, Florida.

Overt Act No. 97:   On or about December 7, 2012, defendant E.A. KIM cashed check number 1627, in the amount of approximately $2,420, drawn on the Merano Capital Bank of America Account, at Bank of America branch located in Anaheim, California.

Overt Act No. 98:   On or about December 7, 2012, an unidentified co-conspirator used a debit card to make a payment,

1  drawn against the Merano Capital Bank of America Account, for a
2  purchase in the amount of approximately $911.90, at a CVS pharmacy
3  located in Fort Lauderdale, Florida.

4       Overt Act No. 99:  On or about December 7, 2012, an
5  unidentified co-conspirator used a debit card to make a payment,
6  drawn against the Merano Capital Bank of America Account, for a
7  purchase in the amount of approximately $532.85, at a CVS pharmacy
8  located in Fort Lauderdale, Florida.

9       Overt Act No. 100:  On or about December 7, 2012, an
10 unidentified co-conspirator used a debit card to make a payment,
11 drawn against the Merano Capital Bank of America Account, for a
12 purchase in the amount of approximately $917.90, at a CVS pharmacy
13 located in Boca Raton, Florida.

14      Overt Act No. 101:  On or about December 8, 2012, defendant E.A.
15 KIM cashed check number 1628, in the amount of approximately $2,240,
16 drawn on the Merano Capital Bank of America Account, at a Bank of
17 America branch located in Marina Del Rey, California.

18      Overt Act No. 102:  On or about December 8, 2012, an
19 unidentified co-conspirator used a debit card to make a payment,
20 drawn against the Merano Capital Bank of America Account, for a
21 purchase in the amount of approximately $4,989, at a Costco Wholesale
22 located in Boca Raton, Florida.

23      Overt Act No. 103:  On or about December 10, 2012, defendant
24 E.A. KIM cashed check number 1629, in the amount of approximately
25 $2,160, drawn on the Merano Capital Bank of America Account, at a
26 Bank of America branch located in Playa Vista, California.

27      Overt Act No. 104:  On or about December 10, 2012, an
28 unidentified co-conspirator caused a charge against the Merano

Capital Bank of America Account, in the amount of approximately $608, for the purchase of a ticket on Spirit Airlines.

Overt Act No. 105:   On or about December 10, 2012, an unidentified co-conspirator used a debit card to make a payment, drawn against the Merano Capital Bank of America Account, for a purchase in the amount of approximately $500 at a Neiman Marcus located in Boca Raton, Florida.

COUNTS TWO THROUGH TWENTY-SIX

[18 U.S.C. §§ 1344, 2]

A.   INTRODUCTORY ALLEGATIONS

23.   The Grand Jury hereby repeats and realleges paragraphs One through 19, inclusive, and 22, of this Indictment as if fully set forth herein.

B.   THE SCHEME TO DEFRAUD

24.   Beginning on a date unknown to the Grand Jury, but no later than in or around February 2010, and continuing through at least in or around October 2013, in Los Angeles, Ventura, Orange, and Riverside Counties, within the Central District of California, and elsewhere, defendants CHUNG, M.Y. CHO, R. LEE, K.Y. LEE, J.G. KIM, SHIM, CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A. KIM, H.R. LEE, H.J. LEE, and LIM, and unindicted co-conspirators N.H., C.L.L., M.O.K., Y.L., Y.K., J.M., and J.H.L., together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with intent to defraud, devised, executed, and attempted to execute a scheme to defraud victim financial institutions as to material matters, and to obtain money, funds, credits, assets, and other property owned by and in the custody and control of each of those financial institutions by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

25.   The fraudulent scheme operated, in substance, in the manner described in paragraphs 20 and 21 of this Indictment.

C.   THE EXECUTION OF THE SCHEME

26.   On or about the following dates, within the Central District of California, and elsewhere, defendants CHUNG, M.Y. CHO, R. LEE, K.Y. LEE, J.G. KIM, SHIM, CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A.

1  KIM, H.R. LEE, H.J. LEE, and LIM committed and willfully caused

2  others to commit the following acts, each of which constituted an

3  execution and attempted execution of the fraudulent scheme:

| COUNT | DATE | DEFENDANT(S) | ACT |
|-------|------|--------------|-----|
| TWO | 3/2/10 | R. LEE | Deposit of fictitious check number 5008, made payable to "J.-H.C." in the amount of approximately $14,650.50, purportedly drawn on a Bank of America account in the name of Economy Logistics, Inc., for credit to a Bank of America account ending in 1849 in the name of J.-H.C., at a Bank of America branch located in Los Angeles, California |
| THREE | 12/20/10 | M.Y. CHO PALAFOX JAE | Deposit of approximately $5,020 cash into the Mattress City Chase Account at a Chase branch located in Beverly Hills, California, to "prime" the account for a bustout |
| FOUR | 12/28/10 | M.Y. CHO PALAFOX JAE | Deposit of fictitious check number 573325, in the amount of approximately $4,829, purportedly drawn on a Regions Bank account in the name of Gold Image Design and Printing Co., for credit to the Mattress City Chase Account, at a Chase branch located in Laguna Hills, California |
| FIVE | 12/29/10 | M.Y. CHO PALAFOX JAE | Cashing of check number 1130, made payable to defendant PALAFOX in the amount of approximately $2,410, drawn on the Mattress City Chase Account, that had been credited with deposits of fictitious checks, at a Chase branch located in Calabasas, California |
| SIX | 12/29/10 | M.Y. CHO PALAFOX JAE | Cashing of check number 1133, made payable to defendant M.Y. CHO in the amount of approximately $2,440, drawn on the Mattress City Chase Account, that had been credited with deposits of fictitious checks, at a Chase branch located in Thousand Oaks, California |

| COUNT | DATE | DEFENDANT(S) | ACT |
|---|---|---|---|
| SEVEN | 6/15/11 | J.Y. CHO | Deposit of fictitious check number 422883, in the amount of approximately $2,879, purportedly drawn on a Bank of Marin account in the name of Kenmore Commercial Distribution Company, for credit to the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in North Hollywood, California |
| EIGHT | 6/16/11 | J.Y. CHO | Deposit of fictitious check number 4142, in the amount of approximately $8,897, purportedly drawn on a Wilshire State Bank account in the name of Calterra Wholesale Distribution Agency, for credit to the MGM Asset U.S. Bank Account, at a U.S. Bank branch located in Los Alamitos, California |
| NINE | 6/17/11 | K.Y. LEE | Cashing of U.S. Bank cashier's check ending in 1560, made payable to "Han Sang Lee" in the amount of approximately $9,800, that had been purchased with funds withdrawn from the MGM Asset U.S. Bank Account, that had been credited with the deposits of fictitious checks, at a U.S. Bank branch located in Los Angeles, California |
| TEN | 6/29/11 | SHIM | Deposit of fictitious check number 2116, in the amount of approximately $18,800, drawn on a Hanmi Bank account in the name of Pro-Choice Custom Interiors, for credit to a Bank of America account ending in 2179 in the name of J-Rock Construction Co., at a Bank of America branch located in Westminster, California |

| COUNT | DATE | DEFENDANT(S) | ACT |
|---|---|---|---|
| ELEVEN | 6/29/11 | SHIM | Deposit of fictitious check number 2115, in the amount of approximately $8,700, drawn on a Hanmi Bank account in the name of Pro-Choice Custom Interiors, for credit to a Bank of America account ending in 2179 in the name of J-Rock Construction Co., at a Bank of America branch located in Los Alamitos, California |
| TWELVE | 10/27/11 | CHAO | Deposit of fictitious check number 1424, in the amount of approximately $2,300, purportedly drawn on a Woori America Bank account in the name of Select Asia Imports Exchange, for credit to the J.W.L. Chase Card Account, at a Chase branch located in Los Alamitos, California |
| THIRTEEN | 11/4/11 | E.A. KIM | Deposit of fictitious check number 4412, in the amount of approximately $2,700, purportedly drawn on a Pacific City Bank account in the name of Smart Printing & Supply Company, for credit to the J.W.L. Chase Card Account, at a Chase branch located in Los Angeles, California |
| FOURTEEN | 11/5/11 | CHUNG | Telephone call to Chase Bank during which defendant CHUNG falsely provided mother's maiden name to inquire about activity for the J.W.L. Chase Card Account |
| FIFTEEN | 1/20/12 | H.R. LEE | Cashing of a Bank of America cashier's check ending in 8377, made payable to defendant H.R. LEE in the amount of approximately $7,800, that had been purchased with funds withdrawn from a Bank of America account ending in 5528 in the name of D.L. that had been credited with the deposits of fictitious checks, at a Bank of America branch located in Los Angeles, California |

| COUNT | DATE | DEFENDANT(S) | ACT |
|-------|------|--------------|-----|
| SIXTEEN | 1/23/12 | H.R. LEE | Cashing of a Bank of America cashier's check ending in 6542, made payable to "Aisha Tai" in the amount of approximately $9,750, that had been purchased with funds withdrawn from a Bank of America account ending in 3244 in the name of D.L., that had been credited with the deposits of fictitious checks, at a Bank of America branch located in Westchester, California |
| SEVENTEEN | 3/16/12 | CHUNG | Withdrawal of approximately $13,210 cash from the XGolf Wells Fargo Account, to fund a Wells Fargo bank check ending in 0154, made payable to "T.P." in the amount of approximately $13,200, that had been credited with the deposits of fictitious checks, at a Wells Fargo branch located in Riverside, California |
| EIGHTEEN | 3/16/12 | K.Y. LEE | Cashing of a Wells Fargo bank check ending in 800121, made payable to defendant K.Y. LEE in the amount of approximately $8,775, that had been purchased with funds withdrawn from the XGolf Wells Fargo Account, that had been credited with the deposits of fictitious checks, at a Wells Fargo branch located in Los Angeles, California |
| NINETEEN | 3/20/12 | K.Y. LEE | Cashing of a Wells Fargo bank check ending in 600121, made payable to defendant K.Y. LEE in the amount of approximately $9,150, that had been purchased with funds withdrawn from the XGolf Wells Fargo Account, that had been credited with the deposits of fictitious checks, at a Wells Fargo branch located in Los Angeles, California |

| COUNT | DATE | DEFENDANT(S) | ACT |
|---|---|---|---|
| TWENTY | 7/11/12 | E.A. KIM | Deposit of fictitious check number 244176, in the amount of approximately $8,716, purportedly drawn on a Morgan Stanley Smith Barney account in the name of Quantum Fund Commercial LLP, for credit to the Sistas Fashion Bank of America Account, at a Bank of America branch located in Dana Point, California |
| TWENTY-ONE | 7/13/12 | CHUNG H.J. LEE | Withdrawal of approximately $5,000 cash from the Sistas Fashion Bank of America Account, that had been credited with the deposits of fictitious checks, at a Bank of America branch located in Palm Desert, California |
| TWENTY-TWO | 7/13/12 | M.Y. CHO H.J. LEE | Withdrawal of approximately $29,597 cash from the Sistas Fashion Bank of America Account, that had been credited with the deposits of fictitious checks, at a Bank of America branch located in Palm Springs, California |
| TWENTY-THREE | 7/13/12 | M.Y. CHO H.J. LEE J.G. KIM AN | Withdrawal of approximately $19,570 cash from the Sistas Fashion Bank of America Account to purchase a cashier's check, made payable to defendant J.G. KIM in the amount of approximately $9,700, and a cashier's check, made payable to defendant AN in the amount of approximately $9,850, that had been credited with the deposits of fictitious checks, at a Bank of America branch located in Palm Desert, California |
| TWENTY-FOUR | 12/5/12 | AN | Deposit of fictitious check number 10224, in the amount of approximately $7,381, purportedly drawn on a Northern Trust Bank account in the name of 479 Mason Operations Partnership, LTD, for credit to the Merano Capital Bank of America Account, at a Bank of America branch located in Mira Loma, California |

| COUNT | DATE | DEFENDANT(S) | ACT |
|-------|------|--------------|-----|
| TWENTY-FIVE | 10/16/13 | LIM | Deposit of fictitious check number 1748, in the amount of approximately $19,560, purportedly drawn on a Pacific City Bank account in the name of Polysew Pattern Manufacturers LLC, for credit to a Bank of America account ending in 3525 in name of Aamtech Enterprises, Inc., at a Bank of America branch located in Woodland Hills, California |
| TWENTY-SIX | 10/16/13 | LIM | Deposit of fictitious check number 42116, in the amount of approximately $28,349, purportedly drawn on a BBCN Bank account in the name of Aero Systems Engineering Corp., for credit to a Bank of America account ending in 3525 in name of Aamtech Enterprises, Inc., at a Bank of America branch located in Woodland Hills, California |

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A),

and 28 U.S.C. § 2461(c)]

27.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendants CHUNG, M.Y. CHO, R. LEE, K.Y. LEE, J.G. KIM, SHIM, CHAO, JAE, PALAFOX, AN, J.Y. CHO, E.A. KIM, H.R. LEE, H.J. LEE, and LIM (collectively, the "defendants") that the United States of America will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction under any of Counts One through Twenty-Six of this Indictment.

28.   Defendants shall forfeit to the United States of America the following property:

a.   All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any offense set forth in any of Counts One through Twenty-Six of this Indictment; and

b.   A sum of money equal to the total value of the property described in subparagraph a.  For each of Counts One through Twenty-Six for which more than one defendant is found guilty, each such defendant shall be jointly and severally liable for the entire amount forfeited pursuant to that Count.

29.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), each defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or

omission of a defendant, the property described in the preceding
paragraph, or any portion thereof (a) cannot be located upon the
exercise of due diligence; (b) has been transferred, sold to, or
deposited with a third party; (c) has been placed beyond the
jurisdiction of the court; (d) has been substantially diminished in
value; or (e) has been commingled with other property that cannot be
divided without difficulty.

                                        A TRUE BILL


                                        /S/
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        Foreperson

ANDRÉ BIROTTE JR.
United States Attorney


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent and Organized Crime Section

STEPHEN A. CAZARES
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MARK AVEIS
Assistant United States Attorney
Major Frauds Section

MICHAEL DORE
Assistant United States Attorney
Violent and Organized Crime Section