
FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Shim, Hak Soo DEFENDANT(S). | CASE NUMBER CR14-262 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _def_, IT IS ORDERED that a detention hearing is set for _Tuesday, May 20, 2014_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Robert N Block_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _5/14/14_

_____
U.S. District Judge/Magistrate Judge